FILED by KZ D.C.
ELECTRONIC

Aug 31, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80156-CR-RYSKAMP/HOPKINS

18 U.S.C. § 1956(h)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HECTOR FALERO,

    Defendant.
_____/

INFORMATION

The United States Attorney charges that:

COUNT 1
(Conspiracy to Launder Money: 18 U.S.C. § 1956(h))

From in or about April 2010, and continuing through in or about May 2010, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

HECTOR FALERO,

did knowingly and willfully combine, conspire, confederate, agree, and reach a tacit understanding with persons known and unknown to the United States Attorney, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, health care fraud, in violation of Title 18, United

-1-

States Code, Section 1347, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 11-80156-CR-RUSKAMP/HOPKINS

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

HECTOR FALERO,

Defendant.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect    _____

4. This case will take   _0-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)
   I     0 to 5 days         _X_           Petty       ___
   II    6 to 10 days        ___           Minor       ___
   III   11 to 20 days       ___           Misdem.     ___
   IV    21 to 60 days       ___           Felony      _X_
   V     61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No.                    _N/A_
   Related Miscellaneous numbers:         _N/A_
   Defendant(s) in federal custody as of  _N/A_
   Defendant(s) in state custody as of    _N/A_
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0095044

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: HECTOR FALERO

Case No: 11-80156-CR-RYSKAMP/HOPKINS

Count #: 1

Conspiracy to Launder Money

18 U.S.C § 1956(h)

*  **Max. Penalty**: 20 Years' Imprisonment, 3 years' supervised release, Fine of $500,000 or twice the value of the property involved in the transaction.

Count #:

**\*Max. Penalty**:

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-80156-CR-RYSKAMP/HOPKINS

**BOND RECOMMENDATION**

DEFENDANT: HECTOR FALERO

$75,000 Personal Surety
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: ADRIENNE RABINOWITZ

Last Known Address: _____

What Facility: _____

Agent(s): Brett Rowland - HHS/OIG
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)